IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:06CR234 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | USM No: 20941-047 |
| | ) | |
| DAVID D. EVANS, | ) | David Stickman |
| Defendant. | ) | Defendant's Attorney |
| Date of sentencing: February 5, 2007 | ) | |
| Date of filing of Judgment: February 18, 2007 | ) | |
| Date of previous sentence reduction: August 18, 2008 | ) | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of the defendant under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion and stipulation (Filing Nos. 44, 45) are GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 100 months, which was later reduced to 84 months, is reduced to 70 months.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: 27        Amended Offense Level: 23
Criminal History Category: IV     Criminal History Category: IV
Previous Guideline Range: 100 to 125 months    Amended Guideline Range: 70 to 87 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

[✓] The reduced sentence is within the amended guideline range. The fine range is $10,000-$2,000,000.

[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

[ ] Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment filed on February 18, 2007, shall remain in effect.

**IT IS SO ORDERED.**

Dated this 1st day of November, 2011
Effective Date: November 1, 2011

S/ Laurie Smith Camp
United States District Judge